ACCEPTED
03-14-00302-CV
4693115
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 1:57:49 PM
JEFFREY D. KYLE
CLERK



816 Congress Avenue, Suite 1900
Austin, Texas 78701
512.322.5800 p
512.472.0532 f

lglawfirm.com

Mr. Brewster's Direct Line: (512) 322-5831
Email: cbrewster@lglawfirm.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/30/2015 1:57:49 PM

JEFFREY D. KYLE
Clerk

March 30, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
THIRD DISTRICT OF TEXAS
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:    Court of Appeals Number:      03-14-00302-CV
       Trial Court Case Number:      D-1-GN-12-001695

Style: *The Railroad Commission of Texas; CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Entex; and CenterPoint Energy Texas Gas v. Gulf Coast Coalition of Cities*

Dear Mr. Kyle:

This letter is to notify the Court that I have received the Court's March 24, 2015 notification that the referenced cause has been set for submission and oral argument on May 20, 2015 at 1:30 p.m. I will argue this case before the Court on behalf of the Gulf Coast Coalition of Cities.

Respectfully submitted,

LLOYD GOSSELINK ROCHELLE
  & TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas  78701
(512) 322-5800
(512) 472-0532 (Fax)
cbrewster@lglawfirm.com

 /s/    *Christopher L. Brewster*
CHRISTOPHER L. BREWSTER
State Bar No. 24043570

ATTORNEYS FOR GULF COAST
COALITION OF CITIES

Lloyd Gosselink Rochelle & Townsend, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically and served on the following parties electronically through the electronic filing manager on this 30th day of March, 2015:

**CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Entex and CenterPoint Energy Texas Gas**
Keith Wall
Director of Regulatory Affairs
CenterPoint Energy
P.O. Box 2628
Houston, Texas 77252-2628
713-207-5946
713-207-9840 (Fax)
keith.wall@centerpointenergy.com

**Railroad Commission of Texas**
Kellie E. Billings-Ray
Douglas Fraser
Office of Attorney General
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
512-463-2012
512-457-4610 (Fax)
kellie.billings-ray@texasattorneygeneral.gov
douglas.fraser@texasattorneygeneral.gov

Dane McKaughan
Greenberg Traurig, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
512-320-7200
512-320-7210 (Fax)
mckaughand@gtlaw.com

*/s/     Christopher L. Brewster*
CHRISTOPHER L. BREWSTER

4700490.1